310

**Mrs. Harry L. SISSON v. UNITED STATES of America.**

**No. 4081.**

United States Court of Appeals
Tenth Circuit.

Nov. 8, 1950.

John F. Raper, Sheridan, Wyo., for appellant.

Ed Dupree, General Counsel, Leon J. Libeu, Asst. General Counsel, Louise F. McCarthy, Sp. Litigation Attorney, Office of Housing Expediter, all of Washington, D. C., Sidney Feinberg, San Francisco, Cal., and J. J. Hickey, U. S. Atty. and John S. Miller, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed November 8, 1950, on motion of appellant.

**Morris D. THOMAS and Ella Thomas v. Mrs. Betty S. FIX.**

**No. 4177.**

United States Court of Appeals
Tenth Circuit.

Nov. 8, 1950.

Charles R. Nesbitt and Granville Tomerlin, Oklahoma City, Okl., for appellants.

McInnis, Thompson & Sullivan, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed November 8, 1950, on motion of appellants.

**Horace E. THOMPSON, Former United States Collector of Internal Revenue for the District of Arkansas, Appellant, v. LITTLE ROCK GRAIN EXCHANGE.**

**No. 14247.**

United States Court of Appeals
Eighth Circuit.

Dec. 26, 1950.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen. and James T. Gooch, U. S. Atty., Little Rock, Ark., for appellant.

Leonard L. Scott, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 93 F.Supp. 571, dismissed, on stipulation of parties.